IN THE COUNTY COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR SUMTER COUNTY, FLORIDA
SMALL CLAIMS

THOMAS JONES,

    Plaintiff,                           CASE NO.

vs.

RURAL METRO CORPORATION &
CREDENCE RESOURCE MANAGEMENT, LLC

    Defendants.
_____/

## STATEMENT OF CLAIM

Plaintiff, Thomas Jones ("Plaintiff"), alleges the following Complaint against Defendants, Rural Metro Corporation ('Rural") and Credence Resource Management, LLC ("Credence").

1. This is an action for damages that are between $2,500 and $5,000, exclusive of attorneys' fees and costs.

2. This action arises out of Rural's and Credence's violations of the Florida Consumer Collections Practices Act, Fla. Stat. §§ 559.55 *et seq.* ("FCCPA"), and Credence's violation of the 15 U.S.C. §§ 1692 *et seq.* ("FDCPA").

3. Jurisdiction and venue are conferred by Fla. Stat. § 559.77 and 15 U.S.C. §§ 1692 *et seq.*

4. At all times material, Plaintiff was a resident of Sumter County, Florida.

5. At all times material, the conduct of Defendants complained of below occurred in in Sumter County, Florida.

6. At all times material, Rural engaged in its usual and customary business, including its dealings with Plaintiff, within Sumter County, Florida.

7. At all times material, Credence engaged in its usual and customary business, including its dealings with Plaintiff, within Sumter County, Florida.

## PARTIES

8. Plaintiff is a "consumer" as that term is defined by Fla. Stat. § 559.55(2) and 15 U.S.C. § 1692a(3) of the FDCPA.

9. Rural is a company with a principal place of business in Texas that regularly performs debt collection in Florida, including its dealings with Plaintiff in Sumter County, Florida, and is a "person" subject to regulation under Fla. Stat. § 559.72.

10. Credence is a company with a principal place of business in that regularly performs debt collection in Florida, including its dealings with Plaintiff in Sumter County, Florida, and is a "person" subject to regulation under Fla. Stat. § 559.72 and the FDCPA.

## FACTUAL ALLEGATIONS

11. In or around August 27, 2014, Plaintiff allegedly used Rural for medical services and incurred a medical debt, (hereinafter "Subject Debt").

12. The Subject Debt that Plaintiff allegedly incurred was a consumer debt as defined by the FCCPA and FDCPA, as it was secured and used primarily for personal, family, and/or household services.

13. On or about May 8, 2015, Plaintiff made a $150.00 payment to Rural satisfying any outstanding debt he owed. A true and correct copy of this check is attached as **Exhibit A**.

14. Despite having actual knowledge that Plaintiff satisfied the Subject Debt, Rural continued attempting to collect the Subject Debt.

15. On August 11, 2016, Rural mailed a collection letter to Plaintiff attempting to collect the Subject Debt. A true and correct copy of this collection letter is attached as **Exhibit B**.

16. On August 21, 2016, Plaintiff sent a cease and desist letter to Rural informing them that the Subject Debt had been paid and to stop harassing them. A true and correct copy of this letter is attached as **Exhibit C**.

17. On February 8, 2017, Credence sent its initial dunning letter to Plaintiff attempting to collect the Subject Debt. A true and correct copy of this letter is attached as **Exhibit D**.

18. Rural's and Credence's actions have caused Plaintiff actual damages.

19. As a result of Defendants' actions, Plaintiff has suffered anger, frustration, and anxiety.

## COUNT I- RURAL

### VIOLATIONS OF THE FLORIDA CONSUMER COLLECTIONS PRACTICES ACT
### FLORIDA STATUTES § 559.55 *et seq.*

20. Plaintiff incorporates by reference paragraphs 1 through 19 of this Complaint as though fully stated herein.

21. The foregoing acts and omissions of Rural constitutes a violation of the FCCPA including, but not limited to:

    a. Fla. Stat. 559.72(9): Claim, attempt, or threaten to enforce a debt when such person knows that debt is not legitimate...

22. Rural's actions referenced above have caused Plaintiff to suffer actual damages.

23. As a result of Rural's violations of the FCCPA, pursuant to Fla. Stat. § 559.77 Plaintiff is entitled to recover actual damages, statutory damages in the amount of $1,000 for violation of the FCCPA, plus reasonable attorneys' fees and costs.

WHEREFORE, Plaintiff demands judgment for damages, attorneys' fees, costs, and such further relief as this Court deems just and proper.

## COUNT II- CREDENCE

### VIOLATIONS OF THE FLORIDA CONSUMER COLLECTIONS PRACTICES ACT
### FLORIDA STATUTES § 559.55 *et seq.*

24. Plaintiff incorporates by reference paragraphs 1 through 19 of this Complaint as though fully stated herein.

25. The foregoing acts and omissions of Credence constitutes a violation of the FCCPA including, but not limited to:

      b. Fla. Stat. 559.72(9): Claim, attempt, or threaten to enforce a debt when such person knows that debt is not legitimate…

26. Credence's actions referenced above have caused Plaintiff to suffer actual damages.

27. As a result of Credence's violations of the FCCPA, pursuant to Fla. Stat. § 559.77 Plaintiff is entitled to recover actual damages, statutory damages in the amount of $1,000 for violation of the FCCPA, plus reasonable attorneys' fees and costs.

WHEREFORE, Plaintiff demands judgment for damages, attorneys' fees, costs, and such further relief as this Court deems just and proper.

## COUNT III- CREDENCE

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. 1692 § *et seq.*

28. Plaintiff incorporates by reference paragraphs 1 through 19 of this Complaint as though stated fully herein.

29. The foregoing acts and omissions of Credence constitute multiple violations of the FDCPA, including 15 U.S.C. §§ 1692e and 1692e(2)(A),.

30. As a result of Credence's violations of the FDCPA, pursuant to 15 U.S.C. § 1692k, Plaintiff is entitled to statutory damages in an amount up to $1,000.00, actual damages, plus reasonable attorneys' fees and costs.

WHEREFORE Plaintiff demands judgment against Defendant for damages, attorneys' fees, costs, and such further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

*/s/ Jon P. Dubbeld*
Jon P. Dubbeld, Esq.
Fla. Bar No. 105869
Jon@berkmyer.com
Berkowitz & Myer
4900 Central Avenue
St. Petersburg, Florida 33707
(727) 344-0123(office)
*Attorneys for Plaintiff*



CHECK#: 1559    $150.00                CHECK#: 1559    $150.00

PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

# RURAL/METRO
*People taking care of people...Together we can do anything!*

RMC340    821422509
THOMAS JONES

## NOTICE

### Account Summary

| | |
|---|---|
| Statement Date | 08/11/2016 |
| Date of Service | 8/27/2014 |
| Destination | |
| Account Number | 0980 |
| Patient Name | JONES, THOMAS |
| Account Balance | 150.00 |

**PAY-ONLINE**
*"Easy, Fast, Safe, and Immediate"*
Pay your bill instantly ONLINE or by TELEPHONE 24 hours a day.
For ONLINE PAYMENTS: www.ruralmetro.com/ambulance
For Telephone Payments: 1-866-215-2699 (Toll Free)

Thank you for selecting Rural Metro for your services and or transportation as required by your medical needs. The customer service department has attempted to resolve this outstanding balance with you.

This is a request for payment in full within 10 days from the date of this notice. Thereafter, this account may be placed with a collection agency without further notice. Please respond by such time to avoid this action. Please include your account number on your check or money order. You may charge the amount due to your Visa, MasterCard, American Express or Discover Card by calling (866) 215-2699.

A detailed listing of the invoices associated with the balance above can be located on the back of this statement.

If you provide us with your insurance information on the back of this form, we may be able to submit a claim on your behalf; however, payment in full is due upon receipt of this bill.

If you are an EMS subscriber and believe you received this invoice in error, please call our customer service department at (855) 249-2841.

Please disregard this notice in the event that you have already sent payment.

Sincerely,

Customer Service Department (855) 249-2841

Our office hours are Monday through Thursday 8:00 AM to 7:00 PM CST, Friday 8:00 AM to 5:00 PM CST, and Saturday 9:30 AM to 2:00 PM CST.

224CSREVM01RMC340

You may contact our office by mail at the return address below or by phone at (855) 249-2841 if you have questions regarding this arrangement.
***Detach Lower Portion and Return with Payment***

### Questions

- Make check payable to Rural Metro.
- Please include your Account # on your check.
- Enclose this payment stub with your payment.
- To pay by credit card you may pay by Visa, MasterCard, American Express or Discover Card. Please indicate your credit card preference, provide the account information, and sign below.

Statement Date: 08/11/2016
Date of Service: 8/27/2014

Card Holder Name: _____

Card Number: _____

Address: _____

City, State, Zip: _____

Expiration Date: __/__    CCV#: ____

Check One ☐ ☐ ☐ ☐

**Signature:** _____
*(Signature is required in order to process)*



RP Name: THOMAS JONES    Account: 0980
Amount Due: $150.00    Amount Paid: $

**RURAL METRO CORPORATION**
PO Box 911203
Dallas TX 75391-1203

340

To: Rural/Metro
Attention: Accounting Dept.

In follow up to your continuing letter for payment for a bill that was paid in May of 2015. I have sent you a copy of the check # 1559 for account #■■■■0980 paid to Rural/Metro showing you received the check and cashed it. This is the third time. Please up date my account to zero. This will resolve your problem. Your immediate action to correct this will be much appreciated. Please quit harassing my wife and me. My next step will be Attorney Scott Florin the Florida Debt Harassment attorney.

                                             Yours Truly,
                                             Thomas Jones

Sunday, August 21, 2016



**Excellence Beyond Belief**
17000 Dallas Parkway
Suite 204
Dallas, TX 75248
844-284-9085

Date: February 8, 2017

| Name: | Thomas Jones |
|---|---|
| Creditor: | Rural Metro Corporation |
| Creditor Account No: | ▮▮▮▮0980 |
| Credence Reference ID: | ▮▮▮▮7060 |
| Account Balance: | $150.00 |

---

## ACCOUNT NOTIFICATION

The amount referenced above has been placed with Credence Resource Management LLC for collection. In an effort to resolve this matter, our client has authorized our office to accept a payment in the amount of $120.00 as full and final settlement of this matter. This is a savings to you of $30.00. We are not obligated to renew this offer.

If you wish to pay the total due, or take advantage of this offer, remit your check, money order or cashier's check to Credence Resource Management, LLC PO Box 1740 Southgate, MI 48195-0740.

Sincerely,
Credence Resource Management, LLC

Calls to or from this company may be monitored or recorded.
This communication is from a debt collector. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of a judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.



---

**Credence Resource Management LLC CONTACTS**

**Telephone Hours:**
Monday to Friday 8:00 AM to 9:00 PM EST
Saturday    8:00 AM to 2:00 PM EST
Tel: 844-284-9085

**Send Mail To:**
Credence Resource Management LLC
PO Box 1740
Southgate, MI 48195-0740

**Pay Online:**
www.credencerm.com

VSIF-C

Please return this bottom portion with your payment.

CREDENCE RESOURCE MANAGEMENT telephone number is 844-284-9085
Mail your payment to Credence Resource Management LLC PO Box 1740, Southgate MI 48195-0740.

PO Box 1740
Southgate, MI 48195-0740

**IF PAYING BY CREDIT CARD, FILL OUT BELOW.**

☐ VISA    ☐ MasterCard

Card Number

Signature                                                Exp. Date

| Credence Reference ID | Balance Due | Amount Paid |
|---|---|---|
| 128937060 | $150.00 | $ |
| Creditor | | Creditor Acct No |
| Rural Metro Corporation | | 14242230980 |

Thomas Jones

**Remit Payment To:**

Credence Resource Management LLC
PO Box 1740
Southgate, MI 48195-0740

CRMLJ/722145909049    000010377 /000000043 /14886

Page 1 of 1